AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION<br>Northern District of Illinois |
| DOCKET NO.<br>1:26-cv-11358 | DATE FILED<br>9/16/2026 | |
| PLAINTIFF<br>Camille Chew | | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | L. Janica | 9/17/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-077**
**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Witchcraft

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** December 08, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Camille Chew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Camille Chew
133 Mathewson St, Apt 203, Providence, RI, 2903, United States

## Rights and Permissions

**Name:** Camille Chew
**Email:** camillechew.art@gmail.com
**Address:** 133 Mathewson St, Apt 203
Providence, RI 2903 United States

## Certification

**Name:** David Denholm
**Date:** August 06, 2025
**Applicant's Tracking Number:** CC2025080701



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-291**
**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Oddities: X-Ray

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 24, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Camille Chew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Camille Chew
133 Mathewson St, Apt 203, Providence, RI, 2903, United States

## Rights and Permissions

**Name:** Camille Chew
**Email:** camillechew.art@gmail.com
**Address:** 133 Mathewson St, Apt 203
Providence, RI 2903 United States

## Certification

**Name:** David Denholm
**Date:** August 06, 2025
**Applicant's Tracking Number:** CC2025080702

