Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-467-291**
**Effective Date of Registration:**
August 06, 2025
**Registration Decision Date:**
November 24, 2025

## Title

**Title of Work:** Oddities: X-Ray

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 24, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Camille Chew
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Camille Chew
133 Mathewson St, Apt 203, Providence, RI, 2903, United States

## Rights and Permissions

**Name:** Camille Chew
**Email:** camillechew.art@gmail.com
**Address:** 133 Mathewson St, Apt 203
Providence, RI 2903 United States

## Certification

**Name:** David Denholm
**Date:** August 06, 2025
**Applicant's Tracking Number:** CC2025080702

