**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CAMILLE CHEW,

Plaintiff,

v.

TRENDYTOPPERS,

Defendant.

Case No.: 1:26-cv-11358

Judge Lindsay C. Jenkins

Magistrate Judge Albert Berry, III

**AMENDED SCHEDULE A TO AMENDED COMPLAINT**

| No. | Defendant |
|---|---|
| 1 | TrendyToppers |